enmendado por ley de marzo 9, 1911, y el artículo 40 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. José Benet.* Abogados de la parte contraria: *Sres. Cay. Coll Cuchí* y *Francis H. Dexter.*

---

No. 314. Ex PARTE GREGORY.—Petición de la National Surety Company retirando la petición de terminación de fianza notarial. Resuelto en junio 12, 1912. Con lugar la petición, quedando la fianza notarial en toda su fuerza y vigor. La National Surety Company compareció en nombre propio.

---

No. 357. EL PUEBLO *v.* ROMÁN.—Apelación procedente de la Corte de Distrito de Ponce. Petición interponiendo recurso de apelación para ante la Corte Suprema de los Estados Unidos contra la sentencia dictada en este caso en abril 8, 1912. Resuelto en junio 11, 1912. Denegada la apelación. Abogado del peticionario: *Sr. Herminio Díaz Navarro.* Abogado de la parte contraria: *Charles E. Foote, Fiscal.*

---

No. 357. EL PUEBLO *v.* ROMÁN.—Apelación procedente de la Corte de Distrito de Ponce. Petición solicitando un *writ of error* contra la sentencia dictada en este caso en abril 8, 1912. Resuelto en junio 15, 1912. Denegado el *writ of error* por no existir los requisitos prescritos por la sección 35 de la Ley Orgánica de Puerto Rico y la sección 244 del Código Judicial de los Estados Unidos de marzo 3, 1911. Abogado del peticionario: *Sr. Hermino Díaz Navarro.* Abogado de la parte contraria: *Sr. Charles E. Foote, Fiscal.*

---

No. 279. Ex PARTE COLL Y CUCHÍ.—Solicitud sobre aprobación de fianza notarial. Resuelto en junio 15, 1912. Aprobada la fianza otorgada por la National Surety Company en junio 14, 1912. El peticionario compareció en nombre propio.